# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOSHUA POTTLE, | : | No. 5 WM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| WESTMORELAND COUNTY; | : | |
| PENNSYLVANIA ATTORNEY GENERAL, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and Application for Immediate Hearing are DENIED.